

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Schum, Appellant

No. 06-16-00006-CV            v.

Munck Wilson Mandala, LLP, Appellee

Appeal from the 193rd District Court of Dallas County, Texas (Tr. Ct. No. DC-14-13841).    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

We further order that the appellee, Munck Wilson Mandala, LLP, pay all costs of this appeal.

RENDERED JUNE 9, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk